1022

■ ABRAHAM ALFENBAUM, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 34265.) — Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ MELVIN BROWN, Respondent, v. STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation.

■ JAMES FASINO, Appellant, v. EASTMAN KODAK COMPANY et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

■ IRENE HARRINGTON, Respondent, v. ANTHONY CARUSO et al., Appellants.— Appeal dismissed, without costs, upon stipulation.

■ PATRICK DALBERTH, an Infant, et al., Plaintiffs, v. CARMELO GUGLIUZZA et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ SIGNODE STEEL STRAPPING Co., Respondent, v. NORTH SHORE WOOD PRODUCTS Co., INC., Defendant, and H. B. WEBB LUMBER Co., INC., Appellant. — Appeal dismissed, without costs, upon stipulation.

■ In the Matter of the Intermediate Accounting of SECURITY TRUST Co. OF ROCHESTER, as Trustee of CHARLES M. THOMS.— Appeal dismissed, without costs, upon stipulation.

■ BELA STERNBERG, Appellant, v. COUNTY OF ONONDAGA, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ ARTHUR D. BLISSETT, Appellant, v. LOIS J. SCHARDT et al., Respondents.— Appeal dismissed, with $10 motion costs, for failure to comply with previous order.

■ In the Matter of the Investigation of ALBERT E. SANDROW by Attorney-General of the State of New York.— Motion granted and stay continued on condition appeal is argued on September 16, 1958.

■ NATHANIEL BEVILLE, Appellant, v. WILLIAM R. DUNHAM, Respondent. Motion granted and appeal dismissed, with $10 motion costs.

■ JOSEPH D'ANGELO, Plaintiff, v. WILMA CUNNINGHAM, Defendant.— Motion granted and appeal dismissed, without costs.

■ ROLAND E. TAYLOR, Appellant, v. HENRY FALKENSTEIN et al., Respondents, et al., Defendant.— Motion granted and appeal dismissed, without costs.

■ JOSEPHINE INSALACO, Appellant, v. CITY OF NIAGARA FALLS et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

■ ROBERT L. GRUENDIKE, Plaintiff, v. ISABEL W. COGBILL, by PATRICIA H. QUINN, Her Guardian ad Litem, Defendant.— Motion granted and appeal dismissed, without costs.

■ ROBERT L. GRUENDIKE, as Administrator of MARY A. GRUENDIKE, Deceased, Plaintiff, v. ISABEL W. COGBILL, by PATRICIA H. QUINN, Her Guardian ad Litem, Defendant.— Motion granted and appeal dismissed, without costs.

■ WILLIAM H. FOSTER, JR., as Administrator of WILLIAM P. FLYNN, Deceased, Appellant, v. NEW YORK STATE ELECTRIC & GAS CORP., Respondent. — Motion granted and appeal dismissed, with $10 motion costs.

■ JOSEPH A. WALSH et al., Plaintiffs, v. ROGER HOELTKE et al., Defendants.— Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PERRY WILLIAMS, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY W. PALMATEER, Appellant.— Motion to appeal on original record and for other relief denied on the ground that the papers fail to show merit to the appeal.